IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| **VALARIE J. TORRES,** | |
| **Plaintiff,** | |
| v. | Civil Action No. 3:21-cv-1-EKD |
| **RECTOR AND BOARD OF VISITORS OF THE UNIVERSITY OF VIRGINIA,** | |
| **Defendants.** | |

## JOINT MOTION TO ENTER PROTECTIVE ORDER

The parties, by counsel, jointly move the Court to enter an agreed Protective Order, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure. The agreed Protective Order is attached to this Motion as Exhibit A.

The parties waive a hearing on this Joint Motion.

Respectfully submitted,

　　/s/ *Brittany A. McGill*
Brittany A. McGill (VSB No. 92401)
Assistant Attorney General
Office of the Virginia Attorney General
202 N. 9th Street
Richmond, Virginia 23219
Tel.:　(804) 786-0082
Fax:　(804) 371-2087
Email: bmcgill@oag.state.va.us

　　/s/ *Melissa Wolf Riley*
Melissa Wolf Riley (VSB # 43316)
Associate University Counsel
Office of University Counsel
University of Virginia
P.O. Box 800811
Charlottesville, VA 22908

1

Tel.:    (434) 982-2941
Email: mr3vx@virginia.edu

*Counsel for Defendant, Rector and Board of Visitors of the University of Virginia*


    /s/ *Terry L. Armentrout*
Terry L. Armentrout (VSB No. 29066)
Armentrout Accident & Injury Law, LLC
Two South Main Street, Suite 301
Harrisonburg, Virginia 22802
Tel.:    (540) 564-1466
Fax:    (540) 434-7929
Email: armentrout@thevirginialawyers.com

*Counsel for Plaintiff, Valarie J. Torres*

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will deliver a notice of electronic filing to all counsel of record in this case.

                                                      /s/ *Brittany A. McGill*
Brittany A. McGill (VSB No. 92401)
Assistant Attorney General
Office of the Virginia Attorney General
202 N. 9th Street
Richmond, Virginia 23219
Tel.:   (804) 786-0082
Fax:   (804) 371-2087
Email: bmcgill@oag.state.va.us

*Counsel for Defendant, Rector and Board of Visitors of the University of Virginia*

3