IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| **VALARIE J. TORRES,** | |
| Plaintiff, | |
| v. | Civil Action No. 3:21-cv-1-EKD |
| **RECTOR AND BOARD OF VISITORS OF THE UNIVERSITY OF VIRGINIA,** | |
| Defendant. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant hereby stipulate that Plaintiff's action is to be dismissed in its entirety with prejudice, with the parties to bear their own costs and attorneys' fees. The dismissal shall be effective upon the filing of this joint stipulation.

Respectfully submitted,

**VALARIE J. TORRES**

*/s/ Terry L. Armentrout*
Terry L. Armentrout (VSB No. 29066)
Armentrout Accident & Injury Law, LLC
139 North Liberty Street, Suite 202
Harrisonburg, Virginia 22802
Phone: (540) 564-1466
Fax:    (540) 434-7929
Email: armentrout@thevirginialawyers.com
*Counsel for Plaintiff*

**RECTOR AND BOARD OF VISITORS OF THE UNIVERSITY OF VIRGINIA**

*/s/ Brittany A. McGill*

1

Brittany A. McGill (VSB No. 92401)
Assistant Attorney General
Gordon M. Phillips (VSB No. 90982)
Assistant Attorney General
Ronald N. Regnery (VSB No. 37453)
Senior Assistant Attorney General
Melissa Wolf Riley (VSB No. 43316)
Associate University Counsel
Office of the Virginia Attorney General
202 North 9th Street
Richmond, VA 23219
Phone: (804) 786-0082
Fax: (804) 371-2087
Email: bmcgill@oag.state.va.us
Email: gphillips@oag.state.va.us
Email: rregnery@oag.state.va.us
Email: mr3vx@virginia.edu
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 25th day of May 2023, I electronically filed the foregoing with the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties.

    /s/ *Brittany A. McGill*
Brittany A. McGill (VSB No. 92401)
Office of the Virginia Attorney General
202 N. 9th Street
Richmond, Virginia 23219
Phone: (804) 786-0082
Fax: (804) 371-2087
Email: bmcgill@oag.state.va.us
*Counsel for Defendant*